IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TOM CANNIZZARO

                               :                CIVIL ACTION
                               :
      vs.                     :
                               :                NO.  10-cv-5184-EL

REGIONAL ADJUSTMENT
BUREAU, INC.

## O R D E R


        **AND NOW, TO WIT:** this   25th   day of January, 2011,  it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

        **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

        Jurisdiction is retained to supervise and, if necessary, enforce implementation of settlement agreement or other consensual disposition.

                               **MICHAEL E. KUNZ**, Clerk of Court


                               **BY:** /s/ K. Crispell
                                      Kathryne M. Crispell
                                      Deputy Clerk


Copies to: (by E-Mail)

    **THOMAS M. NICELY**
        tmn@legalhelpers.com,tmnicely@hotmail.com

    **ANDREW M. SCHWARTZ**
        amschwartz@mdwcg.com,efile@mdwcg.com,jcbey@mdwcg.com