UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| Tom Cannizzaro<br><br>　　Plaintiff,<br><br>v.<br><br>Regional Adjustment Bureau, Inc.,<br><br>　　Defendant. | Case No. 2:10-cv-5184-EL<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| MACEY & ALEMAN, P.C. | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
| By: /s/ Thomas M. Nicely | By: /s/ with consent of Andrew M. Schwartz |
| Thomas M. Nicely | Andrew M. Schwartz |
| 111 S. Independence Mall East, Suite 555 | 1845 Walnut Street, 17th Floor |
| Philadelphia, PA 19106 | Philadelphia, PA 19103 |
| Tel: 866.339.1156 | Telephone: 215-575-2765 |
| Fax: 312.822.1064 | Fax: 215-575-0856 |
| Email: tmn@legalhelpers.com | Email: amschwartz@mdwcg.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2011, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Andrew M. Schwartz
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
amschwartz@mdwcg.com

                                                      /s/ Thomas M. Nicely